Christopher Earl STRUNK,
Plaintiff–Appellant,

v.

UNITED STATES POSTAL SERVICE,
et al., Defendants–Appellees.*

No. 08–3242–CV.

United States Court of Appeals,
Second Circuit.

Jan. 19, 2010.

---

* The Clerk of Court is directed to amend the official caption to conform to the listing of the parties stated above.

Christopher Earl Strunk, Brooklyn, NY, pro se.

No appearance, for Appellees.

PRESENT: JOSÉ A. CABRANES, ROSEMARY S. POOLER and GERARD E. LYNCH, Circuit Judges.

## SUMMARY ORDER

Plaintiff-appellant Christopher Earl Strunk, *pro se,* appeals from a June 13, 2008 judgment of the District Court dismissing plaintiff's claims, *sua sponte,* for failure to state a claim and as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B). On appeal, plaintiff argues that the District Court erred in dismissing his complaint and reasserts the allegations made in that complaint. We assume the parties' familiarity with the facts and procedural history of this case.

We review a district court's dismissal of a complaint pursuant to 28 U.S.C. § 1915(e)(2) *de novo. See Giano v. Goord,* 250 F.3d 146, 149–50 (2d Cir.2001).

Substantially for the reasons stated by the District Court in its Memorandum and Order dated May 9, 2008 and its Order and Civil Judgment of June 13, 2008, we conclude that Strunk failed to state a claim and that his action was frivolous. Accordingly, the June 13, 2008 judgment of the District Court is **AFFIRMED.**